DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUSHUN MCCALLAFERRYMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2963

[August 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502022CF006778AXXXMB.

Daniel Eisinger, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022), *rev. denied*, No. SC22-1597, 2023 WL 3830251 (Fla. June 6, 2023); *Cunningham v. Florida*, 144 S. Ct. 1287 (2024) (denying petition for writ of certiorari challenging Florida's use of six-member juries).  *But see Kian v. State*, 421 So. 3d 439 (Fla. 4th DCA 2025), *cert. granted*, No. SC25-6623, 2026 WL 1718018 (June 15, 2026).

MAY, GERBER and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***